# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

CYNTHIA HOOPES,

    Plaintiff,

v.                                                                                          Civ. No. 17-148 GBW/GJF

HUNTER WARFIELD, INC.,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon a review of the record. On June 5, 2017, the Clerk of the U.S. District Court for the District of New Mexico delivered a letter to Plaintiff's counsel advising that this matter may be dismissed for his failure to prosecute the case. ECF No. 5. Furthermore, the Clerk notified counsel that pursuant to Local Rule of Civil Procedure 41.1, he had until July 5, 2017, to move this case forward or show cause why the case should not be dismissed. *Id.*

As of the date of this Order, Plaintiff's counsel has made no known effort to comply.

**IT IS THEREFORE ORDERED** that Plaintiff's counsel **SHOW CAUSE**, in writing, why this case should not be dismissed no later than **July 13, 2017.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

1